```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 08 B 18110
   OUIDA YVONNE JONES
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-0438

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/14/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 08/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA NOTICE ONLY    NOT FILED              .00           .00
WOODS & EVANS            DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                        --------------    --------------
TOTALS                       .00                   .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 11/20/08               _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```